# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3167
LT Case No. 2018-CA-029578

_____

MISTY TIPPER,

    Appellant,

    v.

BREVARD COUNTY SHERIFF'S
OFFICE, KENNETH LEVATT, and
CEDRIC LEVATT,

    Appellees.

_____

On appeal from the Circuit Court for Brevard County.
Michelle L. Naberhaus, Judge.

A. Michael Bross, of Bross & Savy, PLLC, West Melbourne, for
Appellant.

George C. Gaspard, Legal Counsel, Brevard County Sheriff's
Office, Rockledge, for Appellee, Brevard County Sheriff's Office.

No Appearance for Remaining Appellees.

December 9, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____